IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:23-cr-73 |
| v. | : | Judge Michael J. Newman |
| DANIEL BROWN | : | ORDER UNSEALING CASE |
| | : | |

Upon motion of the United States, and for the reason that the above captioned defendant is in custody, the above captioned case is hereby ordered unsealed.

Date: 8/16/2023

*s/ Michael J. Newman*
Michael J. Newman
United States District Judge