UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                Case No. 3:23-cr-73

vs.

DANIEL BROWN,                           District Judge Michael J. Newman

    Defendant.

## SCHEDULING ORDER

This criminal case is before the Court following Defendant's arraignment on September. 7, 2023. The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **November 16, 2023**. Doc. No. 16.

Based on the Government's proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Rule 16 discovery deadline: | **September 25, 2023**[1] |
| Motion filing deadline: | **October 2, 2023** |
| Status report deadline: | **November 6, 2023** |
| Jury trial: | **November 16, 2023 at 9:30 a.m.** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

Counsel for both sides are **ADVISED** that, if Defendant wishes to change his or her plea (*i.e.*, plead guilty) in the future, the parties shall file the joint motion attached as an appendix to

---

[1] The parties have advised the court that the Government provided discovery on September 13, 2023, and that the reciprocal discovery deadline was September 25, 2023. Doc. No. 16.

this scheduling order. Pursuant to Fed. R. Crim. P. 11, the Court shall not participate in plea negotiations and takes no position on whether a defendant changes his or her plea. *See* Fed. R. Crim. P. 11(c)(1).

**IT IS SO ORDERED.**

September 26, 2023	s/Michael J. Newman
	Hon. Michael J. Newman
	United States District Judge