UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 3:23-cr-73

vs.

DANIEL BROWN,                         District Judge Michael J. Newman

    Defendant.

## ORDER OF REFERENCE FOR THE PURPOSE OF A CHANGE OF PLEA HEARING ONLY

This case is before the Court following Defendant's status report (Doc. No. 32). In the status report, defense counsel indicated a plea agreement has been reached and requested the Court (1) schedule a change of plea and (2) toll the Speedy Trial Act deadline. Doc. No. 32. Accordingly, the Court hereby **REFERS** the status report (Doc. No. 32) to the United States Magistrate Judge on criminal duty for the limited purpose of scheduling and conducting a change of plea hearing.

    **IT IS SO ORDERED.**

July 2, 2024                                                  s/Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge